JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Phone No.: (702) 948-8771
Fax No.: (702) 948-8773
E-mail: jwhitmire@santoronevada.com

*Attorneys for Defendant One Nevada Credit Union*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN P. MARTINO, | GMN-NJK<br>Case No.: 2:17-cv-01110-~~JAD-CWH~~ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ONE NEVADA CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| BMO HARRIS BANK, NATIONAL ASSOCIATION; CHASE BANK USA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, | |
| | **(First Request)** |
| Defendants. | |

Plaintiff John P. Martino ("Plaintiff") and Defendant One Nevada Credit Union ("Defendant") state the following:

1.    The Complaint was filed on April 21, 2017.  (ECF No. 1).

2.    Defendant was served on or about April 25, 2017.

3.    Pursuant to Fed. R. Civ. P. 12, Defendant has 21 days to file a response to the Complaint, or until May 16, 2017.

4.    Defendant has recently retained counsel.

. . .

. . .

. . .

1     5.     To allow Defendant's counsel to conduct a preliminary investigation of the
2   Complaint's allegations and prepare a response, the parties agree to extend the date for
3   Defendant to answer or otherwise respond to the Complaint from May 16, 2017 to **May 26,**
4   **2017**.

5     **IT IS SO AGREED AND STIPULATED:**

6

7   HAINES & KRIEGER, LLC          SANTORO WHITMIRE

8

9   */s/ David H. Krieger*          */s/ James E. Whitmire*
    David H. Krieger, Esq.          James E. Whitmire
10  Nevada State Bar No. 9086        Nevada State Bar No. 6533
    8985 S. Eastern Avenue., Suite 350    10100 W. Charleston Blvd., Suite 250
11  Henderson, NV 89123          Las Vegas, NV 89135
    Phone No.: (702) 880-5554        Tel: (702) 948-8771
12  Email: dkrieger@hainesandkrieger.com  E-mail: jwhitmire@santoronevada.com

13
    *Attorneys for Plaintiff*          *Attorney for Defendant One Nevada Credit*
14                                          *Union*

15

16                    **IT IS SO ORDERED:**

17

18

19                   _____
                    UNITED STATES MAGISTRATE JUDGE
20                   DATED: May 17, 2017

21

22

23

24

25

26

27

28

- 2 -