Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendants for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. MARTINO,<br><br>    Plaintiff,<br><br>v.<br><br>BMO HARRIS BANK, NATIONAL ASSOCIATION; CHASE BANK USA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01110-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

    Plaintiff John P. Martino ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

    WHEREAS, Plaintiff filed the Complaint on April 21, 2017;

    WHEREAS, this is the first request to continue response to complaint;

    WHEREAS, it is unknown as to when Plaintiff served Wells Fargo; thus, this request is timely;

    WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before June 9, 2017.

**IT IS SO STIPULATED.**

DATED: May 22, 2017.

By: /s/ David Krieger
David Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Henderson, NV 89123
Tel: (702) 880-5554

*Attorney for Plaintiff*

DATED: May 22, 2017.

By: /s/ Karl O. Riley
Kelly H. Dove, Esq.
Karl O. Riley, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

~~IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before June 9, 2017.~~ **DENIED.** *See* Local Rule IA 6-1(a) (requests to extend must state the reason(s) for the extension sought).

**IT IS SO ORDERED.**

DATED: May 23, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4849-7272-1737

- 2 -