UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. MARTINO,<br><br>Plaintiff(s),<br><br>v.<br><br>BMO HARRIS BANK, NATIONAL ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:17-cv-01110-GMN-NJK<br><br>ORDER<br><br>(Docket No. 23) |

On June 30, 2017, Defendant BMO Harris filed a notice of service of discovery. Docket No. 23.[1] Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 23 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order to do so.

IT IS SO ORDERED.

Dated: June 30, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The notice erroneously states that "Plaintiffs certify" that they served the discovery, *see* Docket No. 23 at 1, but the document was filed by the attorneys for Defendant BMO Harris, *see id.* at 2.