David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JOHN P. MARTINO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. MARTINO, | Case No. 2:17-cv-01110-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ONE NEVADA CREDIT UNION ONLY** |
| BMO HARRIS BANK, NATIONAL ASSOCIATION; CHASE BANK USA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff JOHN P. MARTINO and Defendant ONE NEVADA CREDIT UNION hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, ONE NEVADA CREDIT UNION**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 22, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ James E. Whitmire, Esq.
James E. Whitmire, Esq.
Santoro Whitmire
10100 W. Charleston Blvd.
Suite 250
Las Vegas, NV 89135
*Attorney for Defendant ONE NEVADA CREDIT UNION*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _September 25, 2017_