David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff,
JOHN P. MARTINO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN P. MARTINO,<br><br>Plaintiff,<br><br>vs.<br><br>BMO HARRIS BANK, NATIONAL ASSOCIATION; CHASE BANK USA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: **2:17-cv-01110-GMN-NJK**<br><br>**STIPULATION AND ORDER FOR ATTORNEYS' FEES** |

# STIPULATION

Plaintiff JOHN P. MARTINO ("Plaintiff") and Defendant BMO HARRIS BANK, NATIONAL ASSOCIATION ("Defendant" or "BMO") hereby stipulate and agree as follows:

1. Plaintiff commenced this action on 4/21/2017. **ECF No. 1.**

2. BMO filed its answer on 6/02/2017. **ECF No. 2.**

3. On July 21, 2017, BMO made an Offer of Judgment to Plaintiff for the total sum of $1,000 plus reasonable attorneys' fees as determined by the court.

4. On July 31, 2017, Plaintiff accepted BMO's Offer of Judgment of $1,000 plus reasonable attorneys' fees to be determined by the court.

5. On September 27, 2017, Plaintiff filed a Notice of Acceptance with Offer of Judgment. **ECF No. 35.**

6. On September 28, 2017, the Court filed a Clerk's Judgment in favor of Plaintiff John P. Martino and against BMO in the amount of $1,000. **ECF No. 36.**

7. The Clerk's Judgment incorrectly stated that the $1,000 was inclusive of all costs and attorneys' fees. **ECF No. 36.**

///

///

///

///

**THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant BMO hereto, through their respective counsel, that Defendant BMO will pay $1,000 **plus** $1,750 for attorneys' fees as agreed upon between the parties.

Dated: October 9, 2017

| | |
|---|---|
| /s/ David H. Krieger, Esq. | /s/ Stefan M. Palys, Esq. |
| David H. Krieger, Esq. | Stefan M. Palys, Esq. |
| Nevada Bar No. 9086 | Stinson Leonard Street LLP |
| HAINES & KRIEGER, LLC | 1850 North Central Avenue |
| | Suite 2100 |
| Matthew I. Knepper, Esq. | Phoenix, AZ 85004-4584 |
| Nevada Bar No. 12796 | |
| Miles N. Clark, Esq. | Attorneys for Defendant |
| Nevada Bar No. 13848 | ***BMO HARRIS BANK, NATIONAL*** |
| KNEPPER & CLARK LLC | ***ASSOCIATION*** |
| | |
| Attorneys for Plaintiff | |
| ***JOHN P. MARTINO*** | |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: October 17, 2017